In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of JACOB FRIEDLAND, as Surviving Trustee of KATIE SHEINSINGER, Deceased, and to Fix Compensation of the Attorneys for the Trustees to Be Paid out of Income. JOSEPH SHEINSINGER, Life Tenant, and HELEN SHEINSINGER, Assignee of Life Tenant, Appellants; JACOB FRIEDLAND, Surviving Trustee, and FRED MARCUS and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondent-trustee. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

PAUL M. KLEIN, Appellant, v. JOSEPH L. FREUND and HENRY M. FREUND, Doing Business as FREUND, FREUND & Co., Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of LOUIS A. GREENWALD and Others, Appellants, for an Order against PAUL J. KERN, President, and Others, as Commissioners, Constituting the Municipal Civil Service Commission of the City of New York, and THOMAS M. GLEASON (Impleaded as a Person Having an Interest in the Subject Matter of the Proceeding), Respondents.— Orders unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

WILLIAM J. GARFUNKEL and EARL L. SCHICK, Respondents, v. CHARLES E. TOWNSEND and ALFRED R. DOUGHTY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ARTHUR AHONEN, Respondent, v. UNDERPINNING & FOUNDATION Co., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THOMAS B. FARRELL, JR., Respondent, v. JOHN VILAGI, Defendant, Impleaded with GEORGE H. FLINN CORP., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. BAUMEISTER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT SABATINI, Appellant. — Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

PHILIP VAN BUREN CARROLL, an Infant, by ELIZABETH S. TOWNSEND, His Guardian ad Litem, and ELIZABETH S. TOWNSEND, Individually, Respondents, v. MALCOLM B. CARROLL, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order upon payment of said costs and the ten dollars motion costs awarded at Special Term. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of ANASTASIA NAHIRNY, Respondent, v. JACOB NAHIRNY, Appellant.— Orders unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.